## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

      Plaintiff,

Case No. 2:14-cv-02404-GLF-TPK

TODD KLOES,

      Defendant.

_____/

**ORDER ON STIPULATION FOR DISMISSAL**

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Todd Kloes's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Todd Kloes's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this 16 day of June, 2015.

By: /s/ GREGORY L. FROST
**UNITED STATES DISTRICT JUDGE**